UNITED STATES DISTRICT COURT

_____EASTERN_____ **District of** _____CALIFORNIA_____

| | |
|---|---|
| WILLIAM GIVENS,<br>    Plaintiff<br><br>   V.<br><br>COMMISSIONER of SOCIAL SECURITY,<br>    Defendant | **ORDER ON APPLICATION<br>TO PROCEED WITHOUT<br>PREPAYMENT OF FEES**<br><br><br>CASE  1:12-CV-00611-BAM |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X GRANTED.

 X The clerk is directed to file the complaint.

 X IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____

_____

ENTER this ___23rd___ day of _____APRIL_____, __2012__.

                _____/s/ Barbara A. McAuliffe_____
                Signature of Judicial Officer

               BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE
                Name and Title of Judicial Officer