≋AO 240A  (Rev. 1/94)

UNITED STATES DISTRICT COURT

_____EASTERN_____ **District of** _____CALIFORNIA_____

| | |
|---|---|
| WILLIAM GIVENS,<br>           Plaintiff<br><br>       V.<br><br>COMMISSIONER of SOCIAL SECURITY,<br>           Defendant | **ORDER ON APPLICATION**<br>**TO PROCEED WITHOUT**<br>**PREPAYMENT OF FEES**<br><br><br>CASE         1:12-CV-00611-BAM |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

**X**   GRANTED.

    **X**   The clerk is directed to file the complaint.

    **X**   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

_____

_____


ENTER this   __23rd__   day of   _____APRIL_____ , __2012__ .


                                                         /s/ Barbara A. McAuliffe
                                                  Signature of Judicial Officer

                                      BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE
                                                   Name and Title of Judicial Officer