UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| WILLIAM GIVENS,<br>　　　　　Plaintiff,<br>　　v.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>　　　　　Defendant. | Case No. 1:12-cv-0611AWI-BAM<br><br>ORDER TO EXTEND BRIEFING SCHEDULE |

　　Based upon the stipulation of the parties, and for cause shown,

　　IT IS HEREBY ORDERED, that Defendant shall have a 30-day extension, or until January 25, 2013, in which to file an Opposition to Plaintiff's Opening Brief.

　　　IT IS SO ORDERED.

Dated: **December 20, 2012**　　　　　　　　　/s/ **Barbara A. McAuliffe**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE